# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PRISCILLA GARCIA MARTINEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. CIV-22-730-R |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. No. 25]. The Motion is GRANTED.

This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

**IT IS SO ORDERED** this 8th day of May, 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE